An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERON CRUZ,
              Appellant,
       vs.
THE STATE OF NEVADA,
              Respondent.

No. 68102

**FILED**

JUL 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to hold in contempt. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Susan Johnson, District Judge
       Heron Cruz
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-21830